**Inmagine LLC (123RF LLC)**
**HSBC ACH Unauthorized Payments**

| REF | Supplier Names | YR 2020 | YR 2021 | Total | REFUNDED | Outstanding |
|---|---|---|---|---|---|---|
| 1 | AMEX | 23,966.68 | 36,398.49 | 60,365.17 | 28,306.55 | 32,058.62 |
| 2 | Capital One Credit Card | 76,746.80 | 49,974.10 | 126,720.90 | 31,407.43 | 95,313.47 |
| 3 | Community Ameri | 53,400.00 | 57,721.45 | 111,121.45 | 26,834.75 | 84,286.70 |
| 4 | Chase Credit Card | 11,228.99 | 67,169.28 | 78,398.27 | 50,755.51 | 27,642.76 |
| 5 | Credit One Bank ACH | 36,171.52 | 23,310.93 | 59,482.45 | 16,363.35 | 43,119.10 |
| 6 | Discover E-Payments | 194,207.64 | 169,976.11 | 364,183.75 | 113,586.42 | 250,597.33 |
| 7 | FBT Credit Card | 5,479.74 | 5,526.92 | 11,006.66 | 3,788.79 | 7,217.87 |
| 8 | GENESISFS Card | 6,975.08 | 6,046.75 | 13,021.83 | 5,450.25 | 7,571.58 |
| 9 | Macys Online CC | 171,200.00 | 87,800.00 | 259,000.00 | 49,300.00 | 209,700.00 |
| 10 | Shop Your Way MC | 37,000.00 | 6,200.00 | 43,200.00 | 3,500.00 | 39,700.00 |
| 11 | Welss Fargo CC | 89,000.00 | 60,500.00 | 149,500.00 | 36,500.00 | 113,000.00 |
| 12 | OLLO Online ACH | 5,250.00 | 0.00 | 5,250.00 | 0.00 | 5,250.00 |
| 13 | SAMS Club MC | 24,305.42 | 19,232.41 | 43,537.83 | 0.00 | 43,537.83 |
| 14 | Aspire MC | 300.00 | 90.00 | 390.00 | 90.00 | 300.00 |
| 15 | FBP CR Card | 1,192.63 | 0.00 | 1,192.63 | 0.00 | 1,192.63 |
| 16 | CITI Card | 0.00 | 32,900.95 | 32,900.95 | 32,900.95 | 0.00 |
| 17 | NFCU ACH | 0.00 | 19,351.38 | 19,351.38 | 14,151.38 | 5,200.00 |
| 18 | Avant LLC.com | 0.00 | 883.94 | 883.94 | 883.94 | 0.00 |
| 19 | Barclay Credit Card | 10,200.00 | 22,115.67 | 32,315.67 | 0.00 | 32,315.67 |
| 20 | Ebay MC | 0.00 | 250.00 | 250.00 | 250.00 | 0.00 |
| 21 | FINANCIAL RECOVE-DAILY DEP MUO598 | 0.00 | 12675.78 | 12,675.78 | 12,675.78 | 0.00 |
| 22 | PORTFOLIO RECOV-PRA INC 030421085433975 | 0.00 | 3745.8 | 3,745.80 | 3,745.80 | 0.00 |
| 23 | RESURGENTCAPITAL-PURCHA SE 3315292 | 0.00 | 581.89 | 581.89 | 581.89 | 0.00 |
| 24 | 1ST BANKCARD CTR | 0.00 | 247.78 | 247.78 | 247.78 | 0.00 |
| 25 | VISA Platinum  435366005002647 | 460.00 | 0.00 | 460.00 | 0.00 | 460.00 |
| 26 | MERRICK BANK COR-MOBILE PAY | 0.00 | 555.97 | 555.97 | 500.99 | 54.98 |
|  | TOTAL | 747,084.50 | 683,255.60 | 1,430,340.10 | 431,821.56 | 998,518.54 |

**Withdrawal after Apr 2021**

| REF | Supplier Names | YR 2020 | YR 2021 | Total | REFUNDED | Outstanding |
|---|---|---|---|---|---|---|
| 27 | VISA - 412163XXXXX4621 |  | 900.00 |  | 900.00 | -900.00 |