# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ------------------------------------------------------x <br> 123RF LLC,                                      ) <br>                                                    ) <br>            Plaintiff,                              ) <br>                                                    ) <br>    v.                                              ) <br>                                                    ) <br> HSBC BANK USA, N.A.                                 ) <br>                                                    ) <br>            Defendant.                              ) <br> ------------------------------------------------------x | **Case No. 21-cv-8519** <br><br> **PLAINTIFF'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, 123RF LLC, states that:

1. 123RF LLC is a wholly owned subsidiary of 123RF Limited, which is a wholly owned subsidiary of Inmagine Lab Pte. Ltd., which is a wholly owned subsidiary of Inmagine Inc.

2. No publicly held corporation owns 10% or more of 123RF LLC's stock.

Dated: New York, New York
October 15, 2021

Respectfully submitted,

FENSTERSTOCK, P.C.

By:   /s/ Evan S. Fensterstock
Evan S. Fensterstock (EF2084)
efensterstock@fensterstockesq.com
200 Vesey Street, 24th Floor
New York, New York 10281
Telephone: (212) 859-5026

LEWIS & LLEWELLYN LLP

By:   /s/ Tobias Snyder
Paul T. Llewellyn (CA Bar No. 216887)

(*pro hac vice* application forthcoming)
Tobias Snyder (TS3552)
Evangeline A.Z. Burbidge (CA Bar No. 266966) (*pro hac vice application forthcoming*)
pllewellyn@lewisllewellyn.com
tsnyder@lewisllewellyn.com
eburbidge@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

*Attorneys for Plaintiff*